IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROSENDO MANFREDO MARTIENZ,

    Petitioner,

v.

WARDEN E. EMMERICH, et al.,

    Respondents.

ORDER

Case No. 25-cv-158-jdp

---

Petitioner Rosendo Manfredo MArtienz seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 24, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 28, 2024 through the date of the petition, February 28, 2025.

ORDER

IT IS ORDERED that:

1. Petitioner Rosendo Manfredo MArtienz may have until March 24, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.  If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 24, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 28th day of February, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge